UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD CASE,

       Plaintiff,

  v.

DOUG WADDINGTON *et al.*,

       Defendants.

Case No. C06-5529RJB

ORDER TO PROVIDE SERVICE COPIES

    This 42 U.S.C. § 1983 Civil Rights has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted *in forma pauperis* status. Review of the file discloses there are no service copies of the complaint on file. Plaintiff is directed to provide 9 identical copies of the complaint with all attachments. The copies must be received in court by **November 24th, 2006** or a Report and Recommendation to dismiss this action for failure to prosecute will be filed.

    The clerks office is directed to send a copy of this order to plaintiff and to calendar the **November 24th, 2006** due date on the court's calendar.

    DATED this 17th, day of October, 2006.

                         */S/ J. Kelley Arnold*
                         J. Kelley Arnold
                         United States Magistrate Judge

ORDER
Page - 1