UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD CASE,

      Plaintiff,

  v.

DOUG WADDINGTON *et al.*,

      Defendants.

Case No. C06-5529RJB

ORDER TO FILE AN AMENDED COMPLAINT WITH MARSHALS FORMS AND SERVICE COPIES

      This 42 U.S.C. § 1983 Civil Rights has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted *in forma pauperis* status. The court initially reviewed the file in this case and noted a lack of service documents. Plaintiff was ordered to provide service documents and he objected to that order (Dkt. # 7 and 9). While the objection has been overruled, (Dkt. # 10), further review of the complaint shows portions of the original complaint are not legible (Dkt. # 6, pages 9 and 16).

      Plaintiff is **ORDERED** to amend the complaint. Plaintiff will use the form provided by the court. A separate attached complaint should not be submitted. Plaintiff may insert addition pages of facts as needed, but the inserted pages must be legible. Further, the original complaint contained 19 pages of attachments. Attachments should not be submitted with a complaint.

      The amended complaint will act as a complete substitute for the original and not as a supplement. The amended complaint must be received on or before **January 12th, 2007** or the court will recommend

this action be dismissed for failure to prosecute.

In addition to filing an amended complaint plaintiff will provide a filled out Marshal Service form for each named defendant and a service copy of the amended complaint for each named defendant.  All pending motions are stayed until after the court has received the amended complaint and service copies.

The clerks office is directed to send a copy of this order, the form for a civil rights complaint, and nine United States Marshal's Service forms to plaintiff.  Further the clerk is directed to calendar the **January 12th, 2007** due date on the court's calendar.

DATED this 5th day of December, 2006.

          <u>*/S/ J. Kelley Arnold*</u>
          J. Kelley Arnold
          United States Magistrate Judge