# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD CASE	JUDGMENT IN A CIVIL CASE

    v.

DOUG WADDINGTON, et al.	CASE NUMBER: C06-5529RJB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    The court ADOPTS the Report and Recommendation, Dkt #21. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the court's order to file a legible complaint.

| | |
|---|---|
| April 18, 2007 | BRUCE RIFKIN<br>Clerk |
| | /s/Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |